# United States Court of Appeals
# for the Federal Circuit

---

January 26, 2022

**ERRATA**

---

Appeal Nos. 2020-1046, 2020-2050

**KYOCERA SENCO INDUSTRIAL TOOLS INC., FKA
KYOCERA SENCO BRANDS INC.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**KOKI HOLDINGS AMERICA LTD., FKA HITACHI
KOKI U.S.A. LTD.,**
*Intervenor*

-----------------------------------------------

**KOKI HOLDINGS AMERICA LTD., FKA HITACHI
KOKI U.S.A. LTD.,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

## KYOCERA SENCO INDUSTRIAL TOOLS INC., FKA KYOCERA SENCO BRANDS INC.,
*Intervenor*

Decided:  January 21, 2022
Precedential Opinion

———————————

Please make the following changes:

Page 19, lines 31–33, "**[*see* Petition at 16–28, In Certain Gas Spring Nailers and Components Thereof; No. 337-TA-1082, DI 1493120]**" is deleted.

Page 20, line 7, "**[see GB16,]**" is deleted.